UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER BOOKER,

   Petitioner,

   v.

ERIC WILLIAMS,

   Respondent.

Case No. 21-cv-00215-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

   **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Christopher Booker's motion pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Eric Williams and against petitioner Christopher Booker, and that this case is dismissed with prejudice.

DATED: September 19, 2022

**MONICA A. STUMP, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**